No. 338. WINN *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied. *Joseph F. McDermott* for petitioner. *William H. Adams III* for respondent. ▮

No. 356. OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, LONG BEACH LOCAL No. 1–128 *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied. *Jerry D. Anker* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for National Labor Relations Board, and *Willard Z. Carr, Jr.,* for MacMillan Ring-Free Oil Co., Inc., respondents. ▮

No. 360. HALSTEAD *v.* REFINED SYRUPS & SUGARS, INC. C. A. D. C. Cir. Certiorari denied. *J. Sterling Halstead,* petitioner, *pro se. Sheldon E. Bernstein* and *Paul H. Mannes* for respondent.

No. 368. ASSOCIATION ON BROADCASTING STANDARDS, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 369. KING'S GARDEN, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 390. WBEN, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. *Michael H. Bader* and *William J. Potts, Jr.,* for Association on Broadcasting Standards, Inc., and *James A. McKenna, Jr., Vernon L. Wilkinson,* and *John L. Tierney* for May Broadcasting Co. et al., petitioners in No. 368; *Lewis I. Cohen* for petitioner in No. 369; and *Frank U. Fletcher, Robert L. Heald,* and *Edward F. Kenehan* for petitioner in No. 390. *Solicitor General Griswold, Assistant Attorney General Zimmerman, Henry Geller, Daniel R. Ohlbaum,* and *Stuart F. Feldstein* for respondents in all three cases. ▮